1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11  DORIAN DAVIS aka WALI AL-TAQI            1:08-cv-01105-LJO-SMS-(PC)
    DAVIS,
12                                            ORDER GRANTING MOTION
                    Plaintiff,                TO EXTEND TIME TO FILE
13                                            OBJECTIONS TO FINDINGS AND
            vs.                               RECOMMENDATIONS
14
    PASADENA SUPERIOR COURT FOR               (DOCUMENT #7)
15  THE COUNTY OF LOS ANGELES,
    et al.,                                   THIRTY DAY DEADLINE
16
                    Defendants.
17  _____/

18          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

19  1983.  On October 9, 2008,  plaintiff filed a motion to extend time to file objections to the

20  Magistrate's findings and recommendations.  Good cause having been presented to the court

21  and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

22          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

23  objections to the Magistrate's findings and recommendations of September 19, 2008.

24  IT IS SO ORDERED.

25  Dated:   October 16, 2008                    /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28