IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS aka<br>WALI AL-TAQI DAVIS,<br><br>            Plaintiff,<br><br>      vs.<br><br>PASADENA SUPERIOR COURT,<br>et al.,<br><br>            Defendants.<br>_____/ | 1:08-cv-01105-LJO-SMS-PC<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>(Doc. 6)<br><br>ORDER DISMISSING ACTION FOR<br>FAILURE TO STATE A CLAIM<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

Dorian Davis aka Wali Al-Taqi Davis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 17, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted.   Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   On November 5, 2008, plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1

1. The Findings and Recommendations issued by the Magistrate Judge on September 17, 2008, are adopted in full;

2. This action is dismissed in its entirety, based on plaintiff's failure to state a claim upon which relief may be granted; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:     December 16, 2008**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2